December 29, 2015

This business license agreement is commenced legally between: Details of Patent Owner:

Name: Mr. Brian Blazer

Address: 230 County Rd. 880, Heflin, AL 36264

Contact Number: 256-253-2019

Hereinafter referred as "Owner" of Carpenter Bee Trap Solutions and "Owner" of patent number US 8,375,624 B2,

Details of the Interested Partner:

Name: Mr. Anthony Robinson

Business Name: Chrisman Mill Farms, LLC

Address: 2700 Chrisman Mill Rd., Nicholasville, KY 40356

Contact Number: 859-553-9070

Hereinafter referred to as "License Partner".

The "License Partner" is willing to obtain the rights of using patent number US 8,375,624 B2 for business purposes, whereas the "Owner" is agreed to share the rights of his Carpenter Bee Trap patent. Mr Brian Blazer "Owner" receives 51% ownership of Chrisman Mill Farms, LLC in exchange for these rights .

This agreement begins on December 29, 2015 and is ending on December 29, 2016 . At this time both parties agree to evaluate how to move forward with the company .

1

Term & conditions:

This agreement may only be modified through mutual written consent from both the "Owner" AND the "License Partner".

The "Owner" will receive a royalty of $3.00 per trap manufactured and sold by Chrisman Mill Farms, LLC. The "License Partner" can use patent number US 8,375,624 B2 officially, whereas the mentioned amount will be paid on the first of the month following the prior month of sales whereas payment has been received.

Validation of the agreement:

Signed by the Owner

Brian Blazer

Signature: _[signature]_

Date: _Dec 29, 15_

Singed by the License Partner

Anthony Robinson

Signature: _[signature]_

Date: _____Dec 29, 2015_____

NOTARY _____Olivia Gaines_____
11/5/17
            12/29/15

[Notary Seal: OLIVIA GAINES — NOTARY EXPIRES NOV. 5, 2017 — PUBLIC — ALABAMA STATE AT LARGE]

txt