FILED
2017 Jun-23 PM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D



## Assignment abstract of title for Application 12430148

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| CARPENTER BEE TRAPS Brian Robert Blazer, Bradley Jerome Blazer | 8375624 Feb 19, 2013 | 20100269402 Oct 28, 2010 | 12430148 Apr 27, 2009 | | |

## Assignments (1 total)

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 035901/0447 | May 22, 2015 | Jun 15, 2015 | 2 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BLAZER, BRADLEY JEROME

**Correspondent**
RENE A. VAZQUEZ, ESQ.
18296 ST. GEORGES CT.
LEESBURG, VA 20176

**Assignee**
CARPENTER BEE SOLUTIONS
230 COUNTY ROAD 880
HEFLIN, ALABAMA 36264