UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BRIAN ROBERT BLAZER**<br>**D/B/A CARPENTER BEE SOLUTIONS**<br><br>Plaintiff and Counter-Defendant<br><br>v.<br><br>**CHRISMAN MILL FARMS, LLC**<br><br>Defendant and Counter-Plaintiff | Case No. 1:17-cv-0320-VEH |

## NOTICE OF CORRECTION

The Defendant, Chrisman Mill Farms, LLC herein provides notice to the Court that ECF Doc. 29-1, Exhibit A to the Motion to Compel, incorporated the incorrect subpoena duces tecum to Corning. The corrected Exhibit A is concurrently filed with this Notice of Correction.

/s/ James M. Francis
James M. Francis
Francis Law Firm
2333 Alexandria Dr.
Lexington, KY 40504
Phone: (859) 519-0755
Fax: (859) 201-1315
E-mail: jim@francis-law.com

Brenen G. Ely
Alabama Bar No. ASB-0366-E54B
Ely and Isenberg, PLLC
2100-B Southridge Parkway, Suite 380
Birmingham, AL 35209
Telephone: 205-313-1200
Facsimile: 205-313-1201
E-mail: bely@elylawllc.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on September 26, 2017, I electronically filed this document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record and counsel for Corning Inc.

Joseph J. Gleason
GLEASON LAW LLC
780 Morosgo Drive #14084
Atlanta, Georgia 30324
E-mail: joe@gleason.legal
*Counsel for Plaintiff*

Steven M. Brom
BACHUS & BROM LLC
4908 Cahaba River Road
Suite 100
Birmingham, Alabama 35243
E-mail: sbrom@bachusbrom.com
*Counsel for Plaintiff*

Benjamin Nardone
Corning Inc.
One Riverfront Plaza
MP-HQ-02-E10
Corning, NY 14831
nardonebf@corning.com
*Counsel for Corning Inc.*

            /s/ James M. Francis
            James M. Francis
            *Counsel for Defendant*