UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CHRISMAN MILL FARMS, LLC

      Plaintiff,

v.

BRIAN ROBERT BLAZER
D/B/A CARPENTER BEE SOLUTIONS

      Defendant.

Case No. 5:17-cv-0430-DCR

Filed via ECF

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Defendant Chrisman Mill Farms hereby moves the Court to issue a Temporary Restraining Order and Preliminary Injunction required Plaintiff Brian Blazer to withdraw notices of patent infringement to vendors of the WOOD BEE GONE II carpenter bee trap and to refrain from issuing any additional notices.

In support of this motion, Plaintiff relies upon the attached memorandum. A proposed order is concurrently filed.

Respectfully submitted,

  /s/ James M. Francis
James M. Francis
Francis Law Firm
2333 Alexandria Dr.
Lexington, KY 40504
Phone: (859) 519-0755
Fax:    (859) 201-1315
jim@francis-law.com
*Counsel for Chrisman Mill Farms, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on November 13, 2017, I electronically filed this document with the Clerk of

Court using CM/ECF, which will send electronic notification of such filing to the following

counsel of record.

Joseph J. Gleason
Gleason Law, LLC
780 Morosgo Drive # 14084
Atlanta, GA 30324
joe@gleason.legal
*Counsel for Plaintiff*

/s/ James M. Francis
James M. Francis
*Counsel for Chrisman Mill Farms, LLC*