UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| BRIAN ROBERT BLAZER<br>D/B/A CARPENTER BEE SOLUTIONS<br><br>    Plaintiff,<br><br>v.<br><br>CHRISMAN MILL FARMS, LLC<br><br>    Defendant. | Case No. 5:17-cv-0430-DCR<br><br>Filed via ECF<br><br>Jury Trial Demanded |

## JOINT CLAIMS CONSTRUCTION STATEMENT

Pursuant to the Amended Scheduling Order (ECF No. 43) the parties jointly submit this claim construction statement to assist the Court and parties in tracking and resolving disputed terms.  The parties anticipate that approximately 4 hours are required for a Markman hearing.

Chrisman Mill Farms LLC objects to Brian R. Blazer's inclusion of proposed constructions for terms, phrases, and clauses which were not previously disclosed prior to their inclusion in this chart because their inclusion is inconsistent with Judge Hopkins (Northern District of Alabama) Local Patent Rule 4-2 and the case scheduling orders (ECF No. 26 and ECF No. 43).

Dated: December 11, 2017

Respectfully submitted,

s/James M. Francis
James M. Francis
Francis Law Firm PLLC
2333 Alexandria Dr.
Lexington, KY 40504
*Counsel for Defendant*

s/Jospeph J. Gleason *with consent*
Joseph J. Gleason
Gleason Law, LLC
780 Morosgo Drive # 14084
Atlanta, GA 30324
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify on December 11, 2017, I electronically filed this document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record.

Joseph J. Gleason
Gleason Law, LLC
780 Morosgo Drive
# 14084
Atlanta, GA 30324
*Counsel for Plaintiff*

s/James M. Francis
James M. Francis
*Counsel for Defendant*

**Agreed Constructions of Terms, Phrases and Clauses of U.S. Patent RE46,421**

| **Agreed Constructions of Terms, Phrases and Clauses of U.S. Patent RE46,421** |||
|---|---|---|
| **Claim** | **Term, Phrase or Clause of RE46,421** | **Definition** |
| 1, 13, 14, 18, 19 | receptacle adapter | A connector for joining a receptacle to the trap |
| 1, 18 | ambient light | The light surrounding a trap. |
| 13, 17 | entrance hole | A hole through which carpenter bees enter the trap. |
| 21 | entrance opening | A hole through which carpenter bees enter the trap. |

**Disputed Constructions of Terms, Phrases and Clauses of U.S. Patent RE46,421**

| Claim Language of RE46,421 | Defendant's Proposed Construction and Support | Plaintiff's Proposed Construction and Support |
|---|---|---|
| 1. A carpenter bee trap comprising:<br><br>a trap entrance unit forming a plenum being made of **wood or a wood substitute**;<br><br>said trap entrance unit having at least one **hole** drilled there-through and **sized to mimic a natural carpenter bee nest tunnel** so as to provide a primary attractant;<br><br>said **hole** extending from the outside of the trap unit to a plenum interior;<br><br>said **hole** being **configured to extend substantially horizontally or at an upward angle**;<br><br>**a means to shelter an entrance to said hole is provided to reduce the admittance of ambient light**;<br><br>said trap unit further comprising a **receptacle adapter** being substantially located at the bottom of said trap unit and being **configured to receive a clear or translucent receptacle**; | • <u>wood substitute</u>: a non-wood organic material which is similar to wood<br><br>• <u>wood or a wood substitute</u>: natural wood or a non-wood organic material which is similar to wood<br><br>• <u>hole</u>: an opening extending through a side panel of the plenum. Hole, Dictionary.com. *Dictionary.com Unabridged.* Random House, Inc. http://www.dictionary.com/browse/hole (accessed: October 21, 2017).<br><br>• <u>sized to mimic a natural carpenter bee nest tunnel</u>: the hole is annular, and has a diameter of ½ inch. Governed by 35 U.S.C. §112(f). Corresponding structure/act is the inclusion of a linear hole through the side wall of the trap, the hole being annular and having a diameter of ½ inch.<br><br>• <u>configured to extend substantially horizontally or at an upward angle</u>: the hole extends linearly from the | • <u>wood substitute</u>: synthetic wood<br><br>• <u>wood or a wood substitute</u>: natural or synthetic wood.<br><br>• <u>hole:</u> No construction is necessary. "Hole' is a simple term, easily understood by a jury. Further, there is no issue before the Court of infringement or validity which turns on this construction.<br><br>• <u>sized to mimic a natural carpenter bee nest tunnel</u>: No construction is necessary. Again, there is no issue before the Court of infringement or validity which turns on this construction. This is not, however, a means-plus-function limitation. .<br><br>• <u>configured to extend substantially horizontally or at an upward angle</u>: No construction is necessary. The claim language is straightforward and need not be rewritten. This is also not a means-plus-function limitation. |

| | | |
|---|---|---|
| a receptacle received by said adapter situated to allow **ambient light** to enter through said bottom into said plenum interior, thereby providing a secondary attractant;<br><br>said receptacle further being provided to receive trapped bees. | entrance to the hole to the trap interior at an angle of between 5° and 90° from horizontal. Governed by 35 U.S.C. §112(f). Corresponding structure/act is the inclusion of a linear hole drilled through a side panel at an angle between 5° and 90°.<br><br>• entrance to said hole: the opening through which the hole is accessed from outside of the trap. Entrance, Dictionary.com. *Dictionary.com Unabridged.* Random House, Inc. http://www.dictionary.com/browse/entrance (accessed: October 21, 2017).<br><br>• means to shelter an entrance to said hole: a structure that shelters the entrance to the entrance hole. Shelter, Dictionary.com. *Dictionary.com Unabridged.* Random House, Inc. http://www.dictionary.com/browse/shelter (accessed: October 21, 2017). Governed by 35 U.S.C. §112(f). Corresponding structure is a roof overhanging the entrance to a hole. | • entrance to said hole: No separate construction necessary. Instead, the Court should construe the entire phrase "means to shelter an entrance to said hole"<br><br>• means to shelter an entrance to said hole: This is a means-plus-function element governed by 35 U.S.C. § 112(f), and as such "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112(f). Here, the function is "to shelter an entrance to said hole." The corresponding structure, material or acts described in the specification are one or more of the following: top panel 161 of Figures 1A-B; entrance hole 11 of Figs. 1A-B; top panel 261 of Figures 2A-C; entrance hole 21 of Figs. 2A-C; solid block of wood of Figs. 3A-D; entrance hole 31 of Figs. 3A-D; in Figs. 4A-B "the end surfaces of the trap entrance unit 4 [] cut at angle *a* between 10 and 60 degrees from vertical and bores 42 [] made at angle *b* between 5 and 90 degrees from horizontal to provide sheltered entrance holes"; in Figs. 5A-C, the |

| | | |
|---|---|---|
| | • **ambient light**: Agreed upon definition – see above.<br><br>• **means to shelter an entrance to said hole is provided to reduce the admittance of ambient light**: the roof overhanging the entrance hole reduces the amount of ambient light that enters the hole through the entrance to the hole. Governed by 35 U.S.C. §112(f). Corresponding structure is a roof that overhangs a trap side having an entrance to a hole.<br><br>• **receptacle adapter**: Agreed upon definition – see above.<br><br>• **configured to receive a clear or translucent receptacle**: Governed by 35 U.S.C. §112(f). Corresponding acts are affixing a threaded bottle cap with a hole bored through the top to the trap exit and boring an exit hole so as to snugly fit the mouth of a clear or translucent bottle into a friction fit arrangement. | solid wooden block of Figs. 5A-C; entrance holes 511.<br><br>• **means to shelter an entrance to said hole to reduce the admittance of ambient light**: No separate construction necessary. Instead, the Court should construe "means to shelter an entrance to said hole," as noted above.<br><br>• **ambient light**: Agreed upon definition – see above.<br><br>• **receptacle adapter**: Agreed upon definition – see above.<br><br>• **configured to receive a clear or translucent receptacle**: Given the agreed-upon definition of receptacle adapter, no separate construction of this term is necessary. It is not a means-plus-function limitation. |
| 4. The carpenter bee trap of claim 1, wherein the **receptacle is configured to be screwed into said bottom of said plenum.** | • **receptacle is configured to be screwed into said bottom of said plenum**. Governed by 35 U.S.C. §112(f). No corresponding | • **receptacle is configured to be screwed into said bottom of said plenum**. No construction is necessary. The language is |

| | | |
|---|---|---|
| | structure, acts, or materials are identifiable in the specification or drawings. | straightforward and easily understood by a jury. This is also not a means-plus-function limitation. |
| 5. The carpenter bee trap of claim 1, wherein the **receptacle is configured to provide a friction fit with said bottom of said plenum.** | • receptacle is configured to provide a friction fit with said bottom of said plenum: Governed by 35 U.S.C. §112(f).<br><br>Corresponding structure/act is the shaping or manipulation of the mouth of the receptacle so as to cause a friction fit into the exit hole at the bottom of the trap's plenum when the receptacle is inserted. | • receptacle is configured to provide a friction fit with said bottom of said plenum: No construction necessary. Blazer is not asserting Claim 5. |
| 7. The carpenter bee trap of claim 1, wherein the diameter of the at least one **hole** is between ½ inch to ¾ inch. | • hole: previously defined. | • hole: No construction necessary. See above. |
| 10. The carpenter bee trap of claim 1, wherein a **means to mount** the trap is located substantially at the top of the trap entrance unit. | • means to mount: a top anchor point, a nail or screw driven through the trap wall to affix the trap to a structure, a wire hanger, and a rafter clip.<br><br>This is a means-plus-function element governed by 35 U.S.C. § 112(f), and as such "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. | • means to mount: This is a means-plus-function element governed by 35 U.S.C. § 112(f), and as such "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112(f). Here, the function is "to mount." The corresponding structure, material or acts described in the specification are one or more of the following: a "top anchor point for hanging the trap" (col. 3, ll. 47- |

| | | |
|---|---|---|
| | § 112(f). Here, the function is "to mount." The corresponding structure, material or acts described in the specification are one or more of the following: a "top anchor point for hanging the trap" (col. 3, ll. 47-48); "Anchor point 17 is provided for hanging the trap (col. 5, ll. 16-17); back panel 262; "the trap entrance unit may be screwed or nailed to a structural element" (col. 3, ll. 51-52); wire hanger 27; rafter clip 37; "a clip may be attached to the trap entrance unit which allows it to be easily attached to an exposed structural element such as a rafter made of dimensional lumber" (col. 3, ll. 48-51). | 48); "Anchor point 17 is provided for hanging the trap (col. 5, ll. 16-17); back panel 262; "the trap entrance unit may be screwed or nailed to a structural element" (col. 3, ll. 51-52); wire hanger 27; rafter clip 37; "a clip may be attached to the trap entrance unit which allows it to be easily attached to an exposed structural element such as a rafter made of dimensional lumber" (col. 3, ll. 48-51). |
| 11. The carpenter bee trap of claim 1, wherein a **means to mount** the trap is located substantially at the back of the trap entrance unit. | • means to mount: previously defined. | • means to mount: previously defined. Note that Blazer is not asserting Claim 11. |
| 13. A carpenter bee trap, comprising: a trap entrance unit formed of **wood or a wood substitute**, wherein at least one side of the trap entrance unit has at least one **entrance hole** that extends from outside the trap entrance unit to an interior of the trap entrance unit, wherein the at least one entrance hole extends **substantially** | • wood substitute: previously defined.<br>• wood or a wood substitute: previously defined.<br>• entrance hole: Agreed upon definition – see above. | • wood substitute: previously defined.<br>• wood or wood substitute: previously defined.<br>• entrance hole: a Agreed upon definition – see above. |

| | | |
|---|---|---|
| **horizontally or at an upward angle with a size and shape configured to provide a primary attractant for carpenter bees**, and wherein the trap entrance unit further comprises an exit opening for providing an exit path from the interior of the trap entrance unit; and a **receptacle adapter** located at the exit opening of the trap entrance unit, wherein the **receptacle adapter is adapted to receive at least one receptacle and is adapted so as to allow at least some ambient light to enter the interior of the trap entrance unit via the exit opening**, thereby providing a secondary attractant for carpenter bees. | • substantially horizontally or at an upward angle: previously defined.<br><br>• with a size and shape configured to provide a primary attractant for carpenter bees: an annular hole ½ inch in diameter. Governed by 35 U.S.C. §112(f). Corresponding structure/act is an inclined hole drilled through a side panel of the trap's plenum such that it is annular and has a diameter of ½ inch.<br><br>• receptacle adapter: Agreed upon definition – see above.<br><br>• receptacle adapter…is adapted so as to allow at least some ambient light to enter the interior of the trap entrance unit via the exit opening: The previously defined receptacle adapter is modified to permit ambient light to enter the interior of the trap. Governed by 35 U.S.C. §112(f). No corresponding structure, acts, or materials are identifiable in the specification or drawings. | • substantially horizontally or at an upward angle: No construction necessary. See above.<br><br>• with a size and shape configured to provide a primary attractant for carpenter bees: sized to mimic a natural carpenter bee hole.<br><br>• receptacle adapter: Agreed upon definition – see above.<br><br>• receptacle adapter…is adapted so as to allow at least some ambient light to enter the interior of the trap entrance unit via the exit opening: No construction necessary. The claim language is straightforward and does not need to be re-written. This is also not a means-plus-function limitation. |
| 14. The carpenter bee trap of claim 13, further comprising a receptacle removably attached to the **receptacle adapter.** | • receptacle adapter: Agreed upon definition – see above. | • receptacle adapter: Agreed upon definition – see above. |

| | | |
|---|---|---|
| 17. The carpenter bee trap of claim 13, wherein the at least one **entrance hole** extends at an upward angle. | • <u>entrance hole</u>: Agreed upon definition – see above. | • <u>entrance hole</u>: Agreed upon definition – see above. |
| 18. The carpenter bee trap of claim 13, wherein the **receptacle adapter** comprises: a reducer section; and an adapter coupling attached to the reducer section, wherein the reducer section and/or the adapter coupling are at least partially clear or partially translucent so as to allow **ambient light** to enter the interior of the trap entrance unit through the reducer section and/or the adapter coupling. | • <u>receptacle adapter</u>: Agreed upon definition – see above.<br><br>• <u>ambient light</u>: Agreed upon definition – see above. | • <u>receptacle adapter</u>: Agreed upon definition – see above.<br><br>• <u>ambient light</u>: Agreed upon definition – see above.<br><br><u>Note that Blazer is not asserting Claim 18</u>. |
| 19. The carpenter bee trap of claim 13, wherein the exit opening is shaped so as to function as the **receptacle adapter**. | • <u>receptacle adapter</u>: Agreed upon definition – see above. | • <u>receptacle adapter</u>: Agreed upon definition – see above.<br><u>Note that Blazer is not asserting Claim 19</u>. |
| 20. The carpenter bee trap of claim 13, wherein the **receptacle adapter** comprises a female threaded coupling that is configured to receive a receptacle with a corresponding male threaded coupling. | • <u>receptacle adapter</u>: Agreed upon definition – see above. | • <u>receptacle adapter</u>: Agreed upon definition – see above. |
| 21. The carpenter bee trap of claim 13, wherein the exit opening is located below the at least one **entrance opening**. | • <u>entrance opening</u>: Agreed upon definition – see above. | • <u>entrance opening</u>: Agreed upon definition – see above. |