

### 17-cv-430 DCR-REW Discovery Dispute

**Jim Francis** to: wier_chambers@kyed.uscourts.gov     01/23/2018 06:47 PM
Cc: Joe Gleason

| | |
|---|---|
| From: | Jim Francis <Jim@francis-law.com> |
| To: | "wier_chambers@kyed.uscourts.gov" <wier_chambers@kyed.uscourts.gov> |
| Cc: | Joe Gleason <joe@gleason.legal> |

The Defendant requests a telephonic meeting between the parties and Judge Weir at his earliest convenience. The parties have met and conferred and are unable to resolve their differences.

The following issues require the Court's attention:

1. The Plaintiff's Responses to Interrogatories are still largely non-responsive.
2. The Plaintiff's document production appears to be largely incomplete due to the large number of meritless boilerplate objections claiming that he cannot understand the request because it is vague and ambiguous and the nearly universal claim of "privilege" for most document requests.
3. The Plaintiff has yet to provide the Court with a status report on its ability to recover electronically stored information from the 3 destroyed hard drives.
4. The Plaintiff's privilege log does not comply with the Federal Rules.
5. The Plaintiff is demanding the withdrawal of the Defendant's person of ordinary skill in the art declaration in its Response to Plaintiff's Claims Construction Brief because Plaintiff believes that its disclosure in the Joint Claims Construction Statement was mandated pursuant to the Amended Scheduling Order (ECF No. 43, para. 3).

Sincerely,

Jim Francis
Counsel for the Defendant

Francis Law Firm PLLC
2333 Alexandria Dr
Lexington, KY 40504
859-519-0755
jim@francis-law.com