UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BRIAN ROBERT BLAZER, d/b/a CARPENTER BEE SOLUTIONS, | ) ) ) | |
| Plaintiff, | ) ) | No. 5:17-CV-430-DCR-REW |
| v. | ) ) | ORDER |
| CHRISMAN MILL FARMS, LLC, | ) ) ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court has received and reviewed the parties' January 29 tenders. Upon full consideration, the Court directs the parties to proceed to formal motion practice on all discovery issues. Defendant shall file a motion concerning all discovery topics in dispute (encompassing any and all known complaints), limited to 20 pages, within 10 days. Plaintiff shall file a response, also limited to 20 pages, within 10 days of the defense filing. Defendant may file a reply, limited to 5 pages, within 5 days of the response. The Court will consider the need for a hearing upon completion of the briefing.

Plaintiff's response shall be detailed, shall include a description of the hard drive history (*i.e.*, any connection of the 3 drives to Plaintiff's business usage) and the reasons for loss (verified by the client). Further, the response shall explain the failure to abide by the report deadline in DE #60.

As in any discovery dispute, especially those of this magnitude and variety, *see also* DE #60, at 2, the Court will be assessing the documents and the parties' conduct for

reasonableness and will consider Rule 37(a)(5) or other sanctions if it finds a sufficient basis in the conduct of either side.

Scheduling relief, as to any deadline set by Judge Reeves, is a matter reserved to the District Judge.

This the 30th day of January, 2018.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge