UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| BRIAN ROBERT BLAZER<br>D/B/A CARPENTER BEE SOLUTIONS<br><br>　　Plaintiff and Counter-Defendant<br><br>　　v.<br><br>CHRISMAN MILL FARMS, LLC<br><br>　　Defendant and Counter-Plaintiff | Case No. 5:17-cv-430-DCR<br><br>Filed via ECF |

**RESPONSE TO SHOW CAUSE ORDER**

COMES NOW the Defendant, Chrisman Mill Farms LLC, for its Response to this Court's Show Cause Order (DE #81). The deadline for the filing of Defendant's Motion to Compel had been calendared incorrectly in counsel's system. There was no intent to miss the deadline and the Court's interest in justice should provide sufficient reason for the Court, in its discretion, to not dismiss the motion to compel.

The Defendant and its counsel appreciate the difficulty that late filings can have on the Court's calendar and on its orderly and efficient progression of a case. The Defendant does not believe that compelling the Plaintiff to cooperate in discovery would cause unfair prejudice to the Plaintiff given that discovery was served on October 2. While Plaintiff's dilatory conduct in responding to discovery does not excuse the Defendant's tardy filing, it is worth noting that the Defendant, unlike the Plaintiff, has not been late in meeting previous deadlines, e.g. the Plaintiff's status report on the loss of ESI being 1 month late and just prior to the close of discovery, the late

service of supplemental discovery responses, the late service of a privilege log, and Plaintiff's missed deadlines on exchanges related to claims construction.

Keeping in mind that the Court desires the case to move forward along its calendared dates, the Defendant has filed a notice of its withdrawal of the outstanding motion for an extension of time for the Defendant to take discovery given that fact discovery was otherwise to have been completed by February 16.

Given that no unfair prejudice can befall the Plaintiff in fully responding in discovery and that the dilatory tactics of the Plaintiff are the reason for the motion, the Defendant requests that, in the interest of justice, the previously filed Motion to Compel (DE #80) not be dismissed.

                                                               Respectfully,

                                                               /s/ James Francis

James M. Francis
Francis Law Firm, PLLC
2333 Alexandria Dr.
Lexington, KY 40504
Phone: (859) 519-0755
Fax: (859) 201-1315
jim@francis-law.com
Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify on February 20, 2018, I electronically filed this document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record.

Joseph J. Gleason
GLEASON LAW LLC
780 Morosgo Drive #14084
Atlanta, Georgia 30324
E-mail: joe@gleason.legal
Counsel for Plaintiff

/s/ James M. Francis
_____
Counsel for Defendant

3