UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| BRIAN ROBERT BLAZER<br>D/B/A CARPENTER BEE SOLUTIONS<br><br>　Plaintiff,<br><br>v.<br><br><br>CHRISMAN MILL FARMS, LLC<br><br>　Defendant. | Case No. 5:17-cv-0430-REW<br><br>Filed via ECF<br><br>Jury Trial Demanded |

## **JOINT STATUS REPORT**

Pursuant to the Court's April 17, 2020 Opinion & Order (DE 108) the parties hereby submit this Joint Status Report:

On April 17, 2020, the Court issued its claim construction order. In the same Order, the Court adopted certain deadlines established in a prior scheduling order found at DE 26. Specifically, pursuant to DE 26, ¶ 6, Opening Expert Reports are due 30 days from issuance of the claim construction order, which deadline now falls on Monday May 18, 2020. Rebuttal Expert Reports are due 15 days later, which now falls on Tuesday June 2, 2020.  Dispositive motions are due to be filed within thirty (30) days thereafter, which now falls on Thursday, July 2, 2020. ECF 26, ¶ 8(d).

The deadline for expert depositions is contingent upon the deadline for Motions to Strike Expert Testimony. ECF 26, ¶ 6. In the prior scheduling order, the deadline for Motions to Strike Expert Testimony was to be set by the Court in coordination with the trial date. ECF 26, ¶ 8(f).

The Court did not expressly adopt this ¶ 8(f) deadline, thus leaving open the deadline for both expert depositions and Motions to Strike Expert Testimony.

Further, in DE 108, the Court directed the parties to address the following:

**Time for Pretrial Motions** – The current deadline for pretrial motions is July 2, 2020. The parties request that the deadline to respond to dispositive motions be set 30 days thereafter, which is on or before Monday, August 3, 2020. The parties can submit reply briefs in support of their dispositive motions 14 days thereafter, or on Monday, August 17, 2020. Dispositive motion arguments, if necessary, can be set at the Court's convenience.

**Alternative Dispute Resolution** – In light of the claim construction order, the parties have reignited their settlement discussions. The parties nevertheless agree that alternative dispute resolution would be helpful. Specifically, pursuant to ¶ 4(b) of the Court's Opinion and Order (DE 108 at 37), the parties jointly request a court-conducted settlement conference with the assigned Magistrate Judge.

**Trial Length and Proposed Dates** – The parties continue to believe the trial of this matter will take no more than five (5) days. Counsel for Plaintiff has previously scheduled conflicts on the following dates: the week of July 27-31, 2020, and the week of September 21-25, 2020. Other than those dates, Plaintiff is currently available at the Court's convenience. Counsel for Defendant has previously scheduled conflicts July 3-17 but is currently awaiting the rescheduling of a postponed surgery from March that will have a likely recovery period of between 1 to 3 months.

Dated: April 27, 2020

                                            Respectfully submitted,

                                            s/Joseph J. Gleason
                                            Joseph J. Gleason
                                            Gleason Law, LLC
                                            780 Morosgo Drive # 14084
                                            Atlanta, GA 30324
                                            *Counsel for Plaintiff*

                                            s/James M. Francis *with consent*
                                            James M. Francis
                                            Francis Law Firm PLLC
                                            2333 Alexandria Dr.
                                            Lexington, KY 40504
                                            *Counsel for Defendant*