UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| BRIAN ROBERT BLAZER<br>d/b/a CARPENTER BEE SOLUTIONS,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISMAN MILL FARMS, LLC.,<br><br>    Defendant, | Civil Action No.<br>5:17-430-REW-MAS |

## ORDER

On April 29, 2020, Judge Wier referred this matter for prompt mediation. [DE 111]. The Court has attempted to contact counsel to schedule this mediation. Counsel for plaintiff, Joseph J. Gleason, has repeatedly failed to return communications with opposing counsel or the Court regarding mediation.

Accordingly, the Court **ORDERS** Mr. Gleason to **SHOW CAUSE** why he should not be held in contempt for failure to communicate. Furthermore, the Court requests Mr. Gleason contact opposing counsel and provide the Court with possible mediation dates.

Entered this 26th day of May, 2020.



Signed By:
Matthew A. Stinnett    MAS
United States Magistrate Judge